IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATTIE POWERS and<br>SAMMY POWERS<br><br>        Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>        Defendants. | :<br>:<br>:   CIVIL ACTION NO.  02-CV-4260<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                                     Aline Fairweather

_____      _____
Erin Brennan                                              Kirstin J. Miller

                                                         DECHERT PRICE & RHOADS
                                                        4000 Bell Atlantic Tower
                                                        1717 Arch Street
                                                         Philadelphia, PA  19103-2793
                                                        (215) 994-4000